1  M. SEAN ROYALL (*pro hac vice*)
   sroyall@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   2100 McKinney Avenue
3  Dallas, TX 75201
   Telephone: 214.698.3100
4  Facsimile: 214.571.2900

5  BRIAN M. LUTZ, SBN # 255976
   AVERY E. MASTERS, SBN #306703
6  blutz@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
7  555 Mission Street, Suite 3000
   San Francisco, CA  94105
8  Telephone: 415.393.8379
   Facsimile: 415.374.8474

9
   RICHARD H. CUNNINGHAM (*pro hac vice*)
10 rhcunningham@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
11 1801 California Street
   Denver, CO 80202
12 Telephone: 303.298.5752
   Facsimile: 303.298.5907
13
   *Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| FEDERAL TRADE COMMISSION | CASE NO. 3:18-cv-02454-JSC |
|---|---|
| Plaintiff, | **DECLARATION OF BETTY X. YANG IN SUPPORT OF LENDINGCLUB CORP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS RULE 12(B)(6) MOTION TO DISMISS** |
| v. | |
| LENDINGCLUB CORPORATION, d/b/a Lending Club, | |
| Defendant. | **Complaint Filed Date:** April 25, 2018<br><br>**Judge:** Hon. Jacqueline Scott Corley<br>**Hearing Date:** September 13, 2018<br>**Time:** 9:00 a.m.<br>**Courtroom:** F |

I, Betty X. Yang, declare as follows:

1. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP and counsel for Defendant LendingClub Corp. ("LendingClub") in the above-captioned matter.

2. I submit this declaration in support of LendingClub's Request for Judicial Notice in Support of Its Rule 12(b)(6) Motion to Dismiss. I have personal knowledge of the matters in this declaration and am competent to testify to the matters set forth below.

3. On June 15, 2018, I accessed the WayBack Machine at web.archive.org to view and save screenshots of the following archived webpages from LendingClub's website.

4. Attached as Exhibits 1-2 are true and correct screenshots of an archived webpage from LendingClub's website dated October 26, 2016. The archived webpage is available through the Wayback Machine at

http://web.archive.org/web/20161026011114/https://www.lendingclub.com/public/personal-loans.action.

5. Attached as Exhibits 3-5 are true and correct screenshots of an archived webpage from LendingClub's website dated September 28, 2017. The archived webpage is available through the Wayback Machine at

http://web.archive.org/web/20170928134701/https://www.lendingclub.com/public/borrower-rates-and-fees.action.

6. Attached as Exhibits 6-9 are true and correct screenshots of an archived webpage from LendingClub's website dated May 19, 2018. The archived webpage is available through the Wayback Machine at

http://web.archive.org/web/20180519013329/https://www.lendingclub.com/loans/personal-loans.

7. Attached as Exhibits 10-13 are true and correct screenshots of an archived webpage from LendingClub's website dated June 16, 2018. The archived webpage is available through the

Wayback Machine at

http://web.archive.org/web/20180616033640/https://www.lendingclub.com/loans/personal-loans/rates-fees.

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed this 18th day of June, 2018, in Dallas, Texas.

DATED: June 18, 2018                    Respectfully submitted,

By:  /s/ Betty X. Yang

Betty X. Yang

## ECF ATTESTATION

I, M. Sean Royall, hereby attest that concurrence in the filing of this document has been obtained from Betty X. Yang.

DATED: June 18, 2018                    Respectfully submitted,

By:  /s/ M. Sean Royall

M. Sean Royall

Gibson, Dunn & Crutcher LLP

**DECLARATION OF BETTY X. YANG IN SUPPORT OF DEFENDANT LENDINGCLUB'S REQUEST FOR JUDICIAL NOTICE**