1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

LENDINGCLUB CORPORATION,

d/b/a Lending Club,

    Defendant.

Case No. 3:18-cv-02454

**[~~PROPOSED~~] ORDER STAYING BRIEFING IN LIGHT OF UNITED STATES GOVERNMENT CESSATION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Having considered Plaintiff's motion for a stay of briefing in light of the cessation of operations by the United States Government, the Court GRANTS Plaintiff's motion and all deadlines in this case are stayed until Congress has restored appropriations to the Federal Trade Commission.

IT IS SO ORDERED.

Dated: 1/2/2019 ~~, 2018~~

*Jacqueline Scott Corley*
The Honorable Jacqueline Scott Corley
United States Magistrate Judge