1  ALDEN F. ABBOTT
   General Counsel
2  KATHARINE ROLLER
   MATTHEW WILSHIRE (CA Bar No. 224328)
3  DAVID LINCICUM
   Attorneys
4  Federal Trade Commission
   600 Pennsylvania Avenue, N.W.
5  Washington, D.C. 20580
   Phone: (312) 960-5605
6  Facsimile: (202) 326-3768
7  Email: kroller@ftc.gov; mwilshire@ftc.gov; dlincicum@ftc.gov
8  *Attorneys for Plaintiff Federal Trade Commission*

9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                SAN FRANCISCO DIVISION

12

13

14  FEDERAL TRADE COMMISSION,          Case No. 3:18-cv-02454

15       Plaintiff,

16       v.                           **JOINT STIPULATION REQUEST
                                        TO LIFT STAY AND RESET
17  LENDINGCLUB CORPORATION,            DEADLINES**

18  d/b/a Lending Club,

19       Defendant.

20

21

22

23

24

25

26

Federal Trade Commission
600 Pennsylvania Avenue N.W.
Washington, DC 20580
(312) 960-5605

1       Pursuant to N.D. Cal. Civ. Local R. 6-2, by joint stipulation, the parties respectfully

2   request that the Court lift the stay of briefing granted on January 2nd, 2019 (Dkt. 67), due to the

3   government shutdown.  Congress has now appropriated funds for the Federal Trade Commission

4   ("FTC"), and the agency is resuming normal operations.

5       The parties respectfully request that the deadline for the FTC to file its reply in support of

6   its Motion to Strike Affirmative Defenses (Dkt. 62) be set for February 7th, 2019.  The parties

7   are conferring regarding an appropriate date for the hearing on the FTC's motion and will call

8   the Court jointly to propose a date for the hearing soon.

9   DATED: January 28, 2019

10

11                                      By: _____

12                                      Attorney for Plaintiff Federal Trade Commission

13

14                                      By _____

15                                      Attorney for Defendant LendingClub

16

17

18

19

20

21

22

23

24

25

26   JOINT STIPULATION REQUEST TO                    Federal Trade Commission
     LIFT STAY                                        600 Pennsylvania Avenue N.W.
     Case No. 3:18-cv-02454                          Washington, DC  20580
                                                     (312) 960-5605

1     **DECLARATION OF KATHARINE ROLLER**

2 I, Katharine Roller, declare:

3     I am attorney of record for the Federal Trade Commission ("FTC") in this matter. On

4 December 21, 2018, appropriations for the FTC expired. The FTC had sufficient carryover

5 funds to continue operating through December 28, 2018. At that time, the FTC moved the Court

6 for a stay of briefing in light of the cessation of agency operations due to the lapse in funding.

7 On January 2, 2019, the Court granted the FTC's request and stayed briefing in this case until the

8 appropriation of funds and resumption of FTC operations.

9     Congress has now appropriated funds for the FTC and the agency has resumed

10 operations.

11     Mr. Royall, on behalf of Defendant, and I, on behalf of the FTC, have agreed to stipulate

12 that the FTC's reply in support of its Motion to Strike Affirmative Defenses (Dkt. 62) be set for

13 February 7, 2019. The parties are conferring regarding an appropriate date for the hearing on the

14 FTC's motion and will call the Court jointly to propose a date for the hearing soon. Other

15 aspects of the schedule for this case will be unaffected.

16     I declare under penalty of perjury under the laws of the State of Illinois that the foregoing

17 is true and correct and that this declaration is executed at Chicago, Illinois on January 28, 2019.

18 Dated: January 28, 2019

19                      By: _Kath Roller_

20                         *Attorney for Plaintiff Federal Trade Commission*

21

22

23

24

25

26 JOINT STIPULATION REQUEST TO                          Federal Trade Commission
   LIFT STAY                                           600 Pennsylvania Avenue N.W.
   Case No. 3:18-cv-02454                           Washington, DC  20580
                                                  (312) 960-5605