1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LENDINGCLUB CORPORATION,<br><br>d/b/a Lending Club,<br><br>　　Defendant. | **Case No. 3:18-cv-02454**<br><br>**[PROPOSED] ORDER LIFTING STAY** |

1  Before the Court is the parties' joint stipulation request for an order changing time.  Having
2  considered the parties' stipulation, the Court finds that it should be granted.  Accordingly, the Court
3  orders the following:
4  The stay of briefing previously imposed on January 2nd, 2019, due to the lapse in United
5  States Government operations is lifted; and
6  Plaintiff's deadline for filing its reply in support of its Motion to Strike Affirmative Defenses
7  shall be February 7, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2019          _____
                                             The Honorable Jacqueline Scott Corley
                                             United States Magistrate Judge