1  M. SEAN ROYALL (*pro hac vice*)
   sroyall@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   2100 McKinney Avenue, Suite 1100
3  Dallas, TX 75201-6912
   Telephone: 214.698.3100
4  Facsimile: 214.571.2900

5  BRIAN M. LUTZ (SBN #255976)
   blutz@gibsondunn.com
6  AVERY E. MASTERS (SBN #306703)
   amasters@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
8  San Francisco, CA 94105-0921
   Telephone: 415.393.8379
9  Facsimile: 415.374.8474

10 RICHARD H. CUNNINGHAM (*pro hac vice*)
   rhcunningham@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
   1801 California Street, Suite 4200
12 Denver, CO 80202-2642
   Telephone: 303.298.5752
13 Facsimile: 303.298.5907

14 *Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>           Plaintiff,<br><br>     v.<br><br>LENDINGCLUB CORPORATION,<br><br>d/b/a LendingClub,<br><br>           Defendant. | CASE NO. 3:18-cv-02454-JSC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT LENDINGCLUB CORPORATION** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Brett S. Rosenthal, of Gibson, Dunn & Crutcher LLP, appearing *pro hac vice*, hereby withdraws as an attorney of record for Defendant LendingClub Corporation in the above-captioned case.  The law firm of Gibson, Dunn & Crutcher LLP and other attorneys with that firm will continue to represent LendingClub.

Dated:  February 1, 2019

GIBSON, DUNN & CRUTCHER LLP

By:   /s/ Brett S. Rosenthal

*Attorney for Defendant*
LENDINGCLUB CORPORATION

1

NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT LENDINGCLUB CORPORATION – CASE NO. 3:18-CV-02454-JSC

Gibson, Dunn & Crutcher LLP

## ATTESTATION

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

GIBSON, DUNN & CRUTCHER LLP

By: /s/ M. Sean Royall

*Attorney for Defendants*
LENDINGCLUB CORPORATION