ALDEN F. ABBOTT
General Counsel
KATHARINE ROLLER
MATTHEW WILSHIRE (CA Bar No. 224328)
LEAH FRAZIER
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-3582
Facsimile: (415) 848-5184
Email: kroller@ftc.gov; mwilshire@ftc.gov; lfrazier@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>LENDINGCLUB CORPORATION,<br><br>d/b/a Lending Club,<br><br>    Defendant. | **Case No. 3:18-cv-02454**<br><br>**Notice of Appearance** |

**PLEASE TAKE NOTICE** that the following attorney shall now appear on behalf of Plaintiff Federal Trade Commission in this action, and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on behalf of Plaintiff Federal Trade Commission:

LEAH FRAZIER
lfrazier@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave., NW
CC-10232
Washington, DC  20580
Telephone:  (202) 326-2187
Facsimile:  (202) 326-3768

Leah Frazier is admitted to practice and in good standing in the District of Columbia.

Respectfully submitted,

Dated: March 21, 2019                    /s/ Leah Frazier
                                         KATHARINE ROLLER
                                         MATTHEW WILSHIRE
                                         LEAH FRAZIER
                                         Federal Trade Commission
                                         600 Pennsylvania Avenue, N.W.
                                         Washington, D.C. 20580
                                         Phone:  (312) 960-5605, (202) 326-2773, (202) 3262187
                                         Facsimile:  (202) 326-3768
                                         Email:  kroller@ftc.gov; mwilshire@ftc.gov; lfrazier@ftc.gov
                                         Attorneys for Plaintiff
                                         FEDERAL TRADE COMMISSION