UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LENDING CLUB CORPORATION,<br><br>Defendant. | Case No. 18-cv-02454-JSC<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING TRIAL** |

A bench trial in this matter is scheduled to commence on June 22, 2020. The Court currently has under submission various dispositive motions. While the Northern District of California has not decided whether civil proceedings may be conducted in person next month, the Court is fairly certain that the June 22 trial will not be conducted in person. Accordingly, the parties are directed to meet and confer by video to discuss how they would prefer to proceed if that is the situation and submit a written status update with their joint proposal or their competing proposals on or before May 19, 2020. If necessary, the Court will hold a video status conference with the parties at 1:30 p.m. on May 21, 2020.

**IT IS SO ORDERED.**

Dated: May 12, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge