1

2

3

4                              UNITED STATES DISTRICT COURT

5                           NORTHERN DISTRICT OF CALIFORNIA

6

7   FEDERAL TRADE COMMISSION              Case No.  18-cv-02454-JSC
              Plaintiff,
8
                                          **ORDER CONTINUING BENCH TRIAL**
        v.
9
10  LENDINGCLUB CORPORATION,
              Defendant.
11

12          Following the further Case Management Conference ("CMC") held on May 21, 2020, the

13  bench trial scheduled to commence on June 22, 2020 is continued to October 19, 2020 due to the

14  COVID-19 pandemic.  The Court will hold a pretrial conference on October 1, 2020.

15          The parties shall meet and confer regarding a preferred magistrate judge for further

16  settlement discussions, and notify the Court of their selection by May 28, 2020.  A further CMC is

17  scheduled for September 17, 2020 at 1:30 p.m. via video teleconference.  The parties may address

18  the need for updated pretrial filings at the CMC.

19          **IT IS SO ORDERED.**

20  Date: May 22, 2020

21  _____

22  JACQUELINE SCOTT CORLEY
    United States Magistrate Judge
23

24

25

26

27

28

United States District Court
Northern District of California