QUINN EMANUEL URQUHART & SULLIVAN, LLP
Diane Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
Suong T. Nguyen (Bar No. 237557)
suongnguyen@quinnemanuel.com
Margaret Shyr (Bar No. 300253)
margaretshyr@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

David M. Grable (Bar No. 237765)
davegrable@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3200
Facsimile: (213) 443-3100

*Attorneys for Defendant LendingClub Corporation*

*[additional counsel on signature page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LENDINGCLUB CORPORATION d/b/a Lending Club,<br><br>Defendant. | CASE NO. 3:18-CV-02454-JSC<br><br>**NOTICE OF SUPREME COURT RULING AND REQUEST FOR STATUS CONFERENCE**<br><br>Date: n/a<br>Time: n/a<br>Courtroom: n/a<br>Judge:  Hon. Jacqueline Scott Corley |

1 | **NOTICE OF SUPREME COURT RULING & REQUEST FOR STATUS CONFERENCE**

2    On August 20, 2020, the Court entered a stay of this matter pending the outcome of two

3 consolidated Supreme Court cases:  *F.T.C. v. Credit Bureau Ctr.*, 2020 WL 3865251 (U.S. July 9,

4 2020) (granting certiorari) (subsequently dismissed on Nov. 9, 2020); and *AMG Capital Mgmt.,*

5 *LLC v. F.T.C.*, 2020 WL 3865250 (U.S. July 9, 2020) (granting certiorari).  At the hearing on

6 LendingClub's stay motion, the Court ordered:  "you should notify me when the Supreme Court

7 rules."  Motion to Stay Hearing Tr. at 8:23-24.

8    The Supreme Court issued its unanimous opinion on April 22, 2021, holding that Section

9 13(b)—the statute at issue in this case —"does not grant the Commission authority to obtain

10 equitable monetary relief."  *See AMG Capital Mgmt, LLC v. F.T.C.*, No. 19-508, slip op. at 14

11 (April 22, 2021).

12    In light of the Supreme Court's ruling, Defendant LendingClub Corporation

13 ("LendingClub") respectfully requests that the Court schedule a status conference at the Court's

14 earliest availability for the purpose of discussing and scheduling an expedited, streamlined

15 proceeding to adjudicate the FTC's remaining request for injunctive relief.

16

17    Respectfully submitted,

18  DATED:  April 27, 2021                QUINN EMANUEL URQUHART &
                                          SULLIVAN, LLP
19

20

21                                    By   */s/ Diane M. Doolittle*
                                          Diane M. Doolittle (Bar No. 142046)
22                                        dianedoolittle@quinnemanuel.com
                                          Suong T. Nguyen (Bar No. 237557)
23                                        suongnguyen@quinnemanuel.com
                                          Margaret Shyr (Bar No. 300253)
24                                        margaretshyr@quinnemanuel.com
                                          555 Twin Dolphin Drive, 5th Floor
25                                        Redwood Shores, California 94065
                                          Telephone: (650) 801-5000
26                                        Facsimile: (650) 801-5100

27
                                          David M. Grable (Bar No. 237765)
28                                        davegrable@quinnemanuel.com

Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3200
Facsimile: (213) 443-3100

M. Sean Royall (admitted *pro hac vice*)
Rachael A. Rezabek (SBN 298711)
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, TX 75201
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
Email: sean.royall@kirkland.com
Email: rachael.rezabek@kirkland.com

Richard H. Cunningham (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-3119
Facsimile: (202) 389-5200
Email: rich.cunningham@kirkland.com

A. Karine Jakola (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: kjakola@kirkland.com

*Attorneys for LendingClub Corporation*