J. REILLY DOLAN
Acting General Counsel
KATHARINE ROLLER
HELEN CLARK
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (312) 980-5605
Facsimile: (415) 848-5184
Email: kroller@ftc.gov; hclark@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>               Plaintiff,<br><br>    v.<br><br>LENDINGCLUB CORPORATION,<br><br>d/b/a LendingClub,<br><br>               Defendant. | CASE NO. 3:18-cv-02454-JSC<br><br>**JOINT MOTION TO ENTER STIPULATED ORDER**<br><br>Action Filed: April 25, 2018<br><br>Date: n/a<br>Time: n/a<br>Judge: Jacqueline Scott Corley |

    Plaintiff Federal Trade Commission and Defendant LendingClub Corporation jointly and respectfully request that the Court enter the attached proposed Stipulated Order for Permanent Injunction and Judgment, which would resolve all pending issues in this case. Should the Court have questions about the attached order, the parties are available to answer them at the Court's convenience.

DATED: July 14, 2021

Respectfully submitted,

By: *Katharine Roller*

KATHARINE ROLLER
HELEN CLARK
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C.  20580
Phone:  (312) 960-5605
Facsimile:  (415) 848-5184
Email:  kroller@ftc.gov; hclark@ftc.gov
*Attorneys for Plaintiff Federal Trade Commission*


By: *Richard H. Cunningham*


Diane M. Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
Suong T. Nguyen (Bar No. 237557)
suongnguyen@quinnemanuel.com
Margaret Shyr (Bar No. 300253)
margaretshyr@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

David M. Grable (Bar No. 237765)
davegrable@quinnemanuel.com
Michael T. Lifrak (Bar No. 210846)
michaellifrak@quinnemanuel.com
Joseph C. Sarles (Bar No. 254750)
josephsarles@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3200
Facsimile: (213) 443-3100

M. Sean Royall (admitted pro hac vice)
Rachael A. Rezabek (SBN 298711)
KIRKLAND & ELLIS LLP
1601 Elm Street
Dallas, TX 75201
Telephone: (214) 972-1770
Facsimile: (214) 972-1771
Email: sean.royall@kirkland.com
Email: rachael.rezabek@kirkland.com

Richard H. Cunningham (admitted pro hac vice)

KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 389-3119
Facsimile: (202) 389-5200
Email: rich.cunningham@kirkland.com

A. Karine Jakola (admitted pro hac vice)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: kjakola@kirkland.com

*Attorneys for Defendant LendingClub Corporation*